IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | \* |
| Plaintiff | \* |
| | \* |
| vs. | \*   CR. NO. 99-00064-001(DRD) |
| | \* |
| JUAN ANTONIO JIMENEZ-VELAZQUEZ | \* |
| Defendant | \* |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*\*\*\*\*\*\*\*\*

**INFORMATIVE MOTION**

**TO THE HON. DANIEL R. DOMINGUEZ**
**U. S. DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

  **COMES NOW, ANDREA L. CRIBBEN, U.S. Probation Officer** of this Honorable Court, and respectfully informs that the changes ordered by the Court on April 29, 2003, in the presentence investigation report of the above-named defendant, have been effected.

  In San Juan, P.R., this 18th day of April, 2005.

              Respectfully submitted,

              EUSTAQUIO BABILONIA, CHIEF
              U.S. PROBATION OFFICER

              S/Andrea L. Cribben
              Andrea L. Cribben
              U. S. Probation Officer
              Federal Office Building
              150 Ave. Carlos Chardón Rm. 400
              San Juan PR 00918-1741
              787-294-1649
              787-281-4940(Fax)
              andrea_cribben@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that today, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Rose M. Vega and Counsel for defendant José Romo-Matienzo, Esq.

At San Juan, Puerto Rico, this 19th day of April, 2005.

                      S/Andrea L. Cribben
                      Andrea L. Cribben
                      U. S. Probation Officer
                      Federal Office Building
                      150 Ave. Carlos Chardón Rm. 400
                      San Juan PR 00918-1741
                      787-294-1649
                      787-281-4940(Fax)
                      andrea_cribben@prp.uscourts.gov